STATE OF CONNECTICUT *v.* NELS G. HOLMQUIST

The motion by John W. Kline to withdraw his appearance on behalf of the defendant in the appeal from the Superior Court in New Haven County is granted.

*John W. Kline,* special public defender, on the motion.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

Argued November 5—decided November 5, 1974

HELEN S. SUTTON *v.* JOSEPH P. LEONE ET AL.

The defendants' motion for judgment pursuant to § 696 of the Practice Book, as amended, in the appeal from the Court of Common Pleas in Hartford County is granted.

*Edward S. Ludorf,* for the appellants (defendants).

*Richard J. Seserman,* for the appellee (plaintiff).

Argued November 5—decided November 5, 1974

BEATRICE M. MCCARROLL ET AL. *v.* TATIANA SELINGER

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Leon S. Soroker,* for the appellee (defendant).

*Joseph Shelnitz,* for the appellants (plaintiffs).